| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| RONALD WARD,<br><br>             Plaintiff,<br><br>     v.<br><br>NANCY WEBBER,<br><br>             Defendant. | Case No.: 1:18-cv-00916-SAB (PC)<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Ronald Ward is a civil detainee at Coalinga State Hospital, proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2018, Plaintiff initiated this action by filing a complaint. (ECF No. 1). Plaintiff also filed a document entitled, "Order on Court Fee Waiver (Superior Court)." (ECF No. 2.)

Plaintiff has not paid the filing fee for this action, or filed an appropriate application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The fee waiver form that Plaintiff filed appears to be a state court form that is not applicable or accepted in this court. To proceed in this action, Plaintiff must either pay the filing fee or submit a completed application to proceed in forma pauperis with all requested information and documentation.

Therefore, Plaintiff's motion will be denied, without prejudice, and he will be provided an opportunity to either re-submit a proper, completed form or pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's fee waiver application, filed on July 9, 2018 (ECF No. 2) is denied, without prejudice;

1

1. 2. The Clerk's Office shall send to Plaintiff an application to proceed in forma pauperis for a non-prisoner;

3. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 11, 2018**

_____
UNITED STATES MAGISTRATE JUDGE